

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2014

No. 04-13-00593-CV

Venus **MINSAL**,
Appellant

v.

Abel H. **GARCIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18466
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On January 23, 2014, we abated this appeal for mediation and ordered the parties to notify the court of the status of their mediation by March 7, 2014. The parties have filed a joint motion requesting an extension of time to complete their settlement negotiations and/or mediation. We GRANT the motion and ORDER the parties to notify the court in writing of the status of this case on or before **April 7, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court